**David Abrams, Attorney at Law**
305 Broadway Suite 601, New York NY 10007
Tel. 212-897-5821 Fax 212-897-5811

December 27, 2016

To:    Hon. James C. Francis IV    (by ECF)
       United States District Court
       500 Pearl Street
       New York, NY 10007

Re:    <u>Kim v. Favre et al.</u>, Case No. 16 cv 1522 (PGG)

Dear Judge Francis:

    This office represents the Plaintiff in the above-referenced matter. I am writing to respectfully request that the Defendants be directed to submit a status report with respect to this matter. The reason for this request is that Defendants' counsel has stopped communicating with me with respect to finalizing the settlement in this matter.

    I first sent a draft release on November 30, 2016. I have not received any comments or feedback. The most recent communication was 2 weeks ago when I called Defendant's counsel and spoke to an individual named "Marcos" who advised me that they hoped to have a response to me by the end of the week. I have not heard anything since then despite numerous attempts by myself to communicate with Defendants' attorneys.

                                          Respectfully yours,

                                          /s/ David Abrams

                                          David Abrams

cc:    Lawrence Morrison, Esq.    (by ECF w/ enc.)