# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET   2ND FLOOR   NEW YORK   NY   10013
PHONE 212.620.0938   FAX 646.998.1972

December 28, 2016

**VIA ECF**

The Honorable James C. Francis IV
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **Kim. v. Favre et al., Case No. 16-CV-1522(PGG)**

Dear Judge Francis:

      This office represents the Defendants in the matter referenced above. We are writing to respectfully inform your Honor that the execution of the settlement in this matter had been delayed due to Mr. Favre's urgent last minute travel to Switzerland to manage his late father's estate. The settlement has since been finalized, executed, and forwarded to Plaintiff's counsel.

      If your Honor has any comments or concerns, please do not hesitate to contact our office.

      Respectfully Submitted,

      Lawrence F. Morrison
      LFM/mcb

Cc:    David Abrams, Esq (Via ECF)