# David Abrams, Attorney at Law
305 Broadway Suite 601, New York NY 10007
Tel. 212-897-5821 Fax 212-897-5811

January 27, 2017

To: Hon. Paul G. Gardephe            (by ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Kim v. Favre et al., Case No. 16 cv 1522 (PGG)</u>

Dear Judge Gardephe:

    This office represents the Plaintiff in the above-referenced matter. Pursuant to Your Honor's order of January 11, 2017, I am writing to request that this matter be restored.

    In addition, I respectfully request a pre-motion conference to have judgment entered against the Defendants pursuant to the terms of the settlement agreement in this matter. The Defendants have failed to make payment as agreed despite my sending their attorneys a notice to cure.

    Unfortunately, I have had a good deal of difficulty communicating with Defendants' attorneys. Accordingly, I am requesting the relief set forth above.

                                          Respectfully yours,

                                          David Abrams

cc: Jerald Tenenbaum, Esq.            (by ECF w/ enc.)