**David Abrams, Attorney at Law**
305 Broadway Suite 601, New York NY 10007
Tel. 212-897-5821 Fax 212-897-5811

February 7, 2017

To:    Hon. Paul G. Gardephe    (by ECF)
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, NY 10007

Re:    <u>Kim v. Favre et al., Case No. 16 cv 1522 (PGG)</u>

Dear Judge Gardephe:

    This office represents the Plaintiff in the above-referenced matter. I am writing in response to counsel's letter of February 3, 2017. Attached is a proposed Judgment which I am respectfully submitting to the Court; I previously sent a copy to Defendants' counsel who did not voice any objections.

    Accordingly, I am respectfully requesting that the Court enter the attached order. Also, to protect my client's rights, I reiterate my previous request that this matter be restored to the calendar.

                                    Respectfully yours,

                                    David Abrams

Enclosure

cc:    Jerald Tenenbaum, Esq.    (by ECF w/ enc.)