United States District Court
Southern District of New York

_____

Margaret Kim,                                )
                                             )
        Plaintiff,               )
                                             )
    - against -                        )           **Judgment**
                                             )
Xavier Favre &                               )
FX Communication + Media LLC                 )
                                             )
        Defendants.              )
_____)

    WHEREAS this matter having been settled by agreement dated December 20, 2016, and the Defendants having defaulted in payment under that agreement, the following result has been reached:

    It is ordered and adjudged that Judgment is entered in favor of Plaintiff Margaret Kim and against Defendants Xavier Favre & FX Communication + Media LLC, jointly and severally, in the amount of $125,000 (one hundred twenty five thousand dollars).


So ordered:_____