# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

February 13, 2017

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Kim v. Favre et al., Case No. 16cv-1522 (PGG)**

Dear Judge Gardephe:

    Our office represents the Defendants FX Communications + Media LLC and Xavier Favre in the above matter. We wish to respectfully inform the court that our client has no objection to the proposed Order filed in docket #25.

Respectfully submitted,

MORRISON TENENBAUM, PLLC

Lawrence F. Morrison, Esq.
lmorrison@m-t-law.com

Cc: Plaintiff's Counsel (Via ECF)