UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 16, 2017

MARGARET KIM,

    Plaintiff,

- against -

XAVIER FAVRE and FX COMMUNICATION + MEDIA LLC,

    Defendants.

**JUDGMENT**

16 Civ. 1522 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS this matter was settled by agreement dated December 20, 2016 and an order of dismissal was entered on January 11, 2017 (Dkt. No. 21);

    WHEREAS Defendants have defaulted on payments due under that agreement, and Plaintiff has requested that this matter be restored to the Court's calendar (Dkt. No. 22);

    WHEREAS both sides have agreed to entry of judgment (Dkt. Nos. 25-26);

    It is hereby ORDERED that this matter is restored to the Court's calendar for purposes of entering judgment, and judgment is entered against Defendants Xavier Favre and FX Communication + Media LLC, jointly and severally, in the amount of $125,000.

Dated: New York, New York
       February 15, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge